In the Matter of the Transfer Tax on the Estate of MARIA B. CHAPMAN, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; EDWIN N. CHAPMAN et al., as Executors, Respondents.

*Matter of Chapman,* 133 App. Div. 337, appeal dismissed.
(Submitted November 9, 1909; decided November 16, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 17, 1909, which affirmed an order of the Kings County Surrogate's Court reversing a prior order assessing a transfer tax upon certain property passing by virtue of the exercise of a power of appointment on the part of the decedent herein.

*William W. Wingate* for appellant.

*James Allison Kelly* and *Fritz W. Hoeninghaus* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.